UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:   WA:25-CR-00098(4)-ADA |
| (4) REGINALD DWAYNE BIBLE | § § § | |

**ORDER**

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 2, 2025, wherein the defendant (4) REGINALD DWAYNE BIBLE waived appearance before this Court and appeared before United States Magistrate Judge Dan N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (4) REGINALD DWAYNE BIBLE to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (4) REGINALD DWAYNE BIBLE's plea of guilty to Count One (1) is accepted.

    Signed this 17th day of December, 2025.

                                                                                              _____
                                                                                           ALAN D ALBRIGHT
                                                                                          UNITED STATES DISTRICT JUDGE